IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

IN RE:
JEFFREY EUGENE RACHAL
RAMONA ANITA RACHAL
722 CAMELLIA DRIVE
MONROE, LA  71203

CASE NO. 13-BK-32148
JUDGE JOHN W KOLWE

DATE: 11/14/2016

Debtors
SSN(1): XXX-XX-9619   SSN(2): XXX-XX-2439

## NOTICE OF INTENTION TO PAY CLAIMS AND MOTION TO DISALLOW CLAIMS

**NOTICE IS HEREBY GIVEN** of the intent to pay the claims of creditors named below and in the amounts and manner, set forth below, subject to provisions of the Plan and other Court Orders and Rule 3010(b), Rules of Bankruptcy Procedure.

**NOTICE TO SECURED CREDITORS:**
If you are a creditor and your claim is listed for -0- it indicated that no claim was timely filed and no evidence of a perfected security interest was sent to the Trustee. Therefore, this notice also constitutes a Motion to Disallow your claim.  Should you wish to object to this action by the Trustee, you should file a written objection with the Clerk of Bankruptcy Court within twenty-one (21) days of this notice with a copy to undersigned.  Should you timely file an objection, you will be notified of a hearing date.

**PLEASE TAKE FURTHER NOTICE** that the debtor has a right to object to claims with which they disagree. The debtor also has a limited right to file a claim on behalf of any creditor who has not filed a claim. Should the debtor desire to take any csuch action, the debtor should immediately contact their attorney.

**SPIVEY, II, JAMES W.**
**1515 NORTH 7TH ST**
**WEST MONROE, LA  71291**

0.00     ATTORNEY

| NAME AND ADDRESS OF CREDITOR | AMOUNT | %FORGIVE | CLASSIFICATION |
|---|---|---|---|
| BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA  19355 | 2,071.93<br>ACCT: 3652<br>COMM: | 0.00 | UNSECURED REGULAR |
| CAPITAL MANAGEMENT SERVICE INC<br>726 EXCHANGE ST STE 700<br>BUFFALO, NY  14210 | 0.00<br>ACCT:<br>COMM: NOTICE ONLY | 100.00 | OTHER |
| CHASE<br>PO BOX 94014<br>PALATINE, IL  60094 | 0.00<br>ACCT: 7250<br>COMM: | 0.00 | UNSECURED REGULAR<br>Not filed |

| NAME AND ADDRESS OF CREDITOR | AMOUNT | %FORGIVE | CLASSIFICATION |
|---|---|---|---|
| CHASE<br>PO BOX 94014<br>PALATINE, IL  60094<br>ACCT: 3730<br>COMM: | 0.00 | 0.00 | UNSECURED REGULAR<br>Not filed |
| CITIBANK<br>PO BOX 182564<br>COLUMBUS, OH  43218-2564<br>ACCT: 6008<br>COMM: | 0.00 | 0.00 | UNSECURED REGULAR<br>Not filed |
| DELL FINANCIAL SERVICES<br>ONE DELL WAY<br>BLDG 3 MAILSTOP RR3-63<br>ROUND ROCK, TX  51272-8967<br>ACCT: 4792<br>COMM: UNSEC PER POC | 1,478.41 | 0.00 | UNSECURED REGULAR |
| DISCOVER BANK/DISCOVER FINANCI<br>PO BOX 3025<br>NEW ALBANY, OH  43054-3025<br>ACCT: 6726<br>COMM: | 7,835.48 | 0.00 | UNSECURED REGULAR |
| GOLDEN VALLEY LENDING<br>635 E HWY 20 E<br>UPPER LAKE, CA  95485<br>ACCT: 0215<br>COMM: | 0.00 | 0.00 | UNSECURED REGULAR<br>Not filed |
| IBERIA BANK<br>PO BOX 52747<br>LAFAYETTE, LA  70505-2747<br>ACCT: 2ND MORTGAGE/ 0724<br>COMM: NIP/ AMENDED POC | 0.00 | 100.00 | SECURED<br>Paid outside |
| IBERIA BANK<br>PO BOX 52747<br>LAFAYETTE, LA  70505-2747<br>ACCT: 0724<br>COMM: | 9,504.66 | 0.00 | UNSECURED REGULAR |
| IBERIA BANK<br>PO BOX 52747<br>LAFAYETTE, LA  70505-2747<br>ACCT: 8195<br>COMM: | 568.00 | 0.00 | UNSECURED REGULAR |
| KOHLS<br>PO BOX 2983<br>MILWAUKEE, WI  53201-2983<br>ACCT: 5202<br>COMM: | 0.00 | 0.00 | UNSECURED REGULAR<br>Not filed |
| LOUISIANA DEPT REV & TAXATION<br>PO BOX 66658<br>BATON ROUGE, LA  70896<br>ACCT:<br>COMM: NOTICE ONLY | 0.00 | 100.00 | OTHER |

| NAME AND ADDRESS OF CREDITOR | AMOUNT | %FORGIVE | CLASSIFICATION |
|---|---|---|---|
| M & T MORTGAGE CORP<br>PO BOX 1288<br>BUFFALO, NY  14240 | 0.00<br><br>ACCT: 0747<br>COMM: DIR PAY | 100.00 | MORTGAGE PAYMENTS (<br>Paid outside |
| PORTFOLIO RECOVERY ASSOC LLC<br>PO BOX 12914<br>NORFOLK, VA  23541 | 1,333.00<br>8.00% INT  ACCT: 2275<br>COMM: BEST BUY | 0.00 | SECURED |
| PORTFOLIO RECOVERY ASSOC LLC<br>PO BOX 12914<br>NORFOLK, VA  23541 | 13,461.96<br><br>ACCT: 3222<br>COMM: | 0.00 | UNSECURED REGULAR |
| PORTFOLIO RECOVERY ASSOC LLC<br>PO BOX 12914<br>NORFOLK, VA  23541 | 3,787.33<br><br>ACCT: 3101<br>COMM: | 0.00 | UNSECURED REGULAR |
| PORTFOLIO RECOVERY ASSOC LLC<br>PO BOX 12914<br>NORFOLK, VA  23541 | 805.80<br><br>ACCT: 6611<br>COMM: LOWES | 0.00 | UNSECURED REGULAR |
| PORTFOLIO RECOVERY ASSOC LLC<br>PO BOX 12914<br>NORFOLK, VA  23541 | 2,736.00<br><br>ACCT: 4475<br>COMM: | 0.00 | UNSECURED REGULAR |
| PORTFOLIO RECOVERY ASSOC LLC<br>PO BOX 12914<br>NORFOLK, VA  23541 | 266.42<br><br>ACCT: 2275<br>COMM: Split Claim | 0.00 | UNSECURED REGULAR |
| PORTFOLIO RECOVERY ASSOC LLC<br>PO BOX 12914<br>NORFOLK, VA  23541 | 2,589.16<br><br>ACCT: 9722<br>COMM: SAMS CLUB | 0.00 | UNSECURED REGULAR |
| QUANTUM 3 GROUP LLC<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | 344.45<br><br>ACCT: 6342<br>COMM: STAGE | 0.00 | UNSECURED REGULAR |
| QUANTUM 3 GROUP LLC<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | 328.45<br><br>ACCT: 0085<br>COMM: | 0.00 | UNSECURED REGULAR |

| NAME AND ADDRESS OF CREDITOR | AMOUNT | %FORGIVE | CLASSIFICATION |
|---|---|---|---|
| QUANTUM 3 GROUP LLC<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | 2,083.28 | 0.00<br>ACCT: 8859<br>COMM: HSN | UNSECURED REGULAR |
| QUANTUM 3 GROUP LLC<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | 761.84 | 0.00<br>ACCT: 4081<br>COMM: DRESS BARN | UNSECURED REGULAR |
| REPUBLIC FINANCE<br>1140 ROMA AVE<br>HAMMOND, LA  70403 | 1,760.95<br>8.00% INT | 0.00<br>ACCT: 9003<br>COMM: | SECURED |
| RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | 341.16 | 0.00<br>ACCT: 2930<br>COMM: WELLS FARGO | UNSECURED REGULAR |
| RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | 701.43 | 0.00<br>ACCT: 0275<br>COMM: CREDIT ONE BANK | UNSECURED REGULAR |
| SAMS CLUB<br>PO BOX 105980 DEPT 77<br>ATLANTA, GA  30353-5980 | 0.00 | 0.00<br>ACCT: 9722<br>COMM: | UNSECURED REGULAR<br>Not filed |
| Sears<br>POB 688957<br>Des Moines, IA  50368 | 0.00 | 0.00<br>ACCT: 8900<br>COMM: | UNSECURED REGULAR |
| STATE FARM BANK<br>PO BOX 2328<br>ATTN 5TH FLOOR<br>BLOOMINGTON, IL  61702-2328 | 386.93 | 0.00<br>ACCT: 9979<br>COMM: Split Claim | UNSECURED REGULAR |
| STATE FARM BANK<br>PO BOX 2328<br>ATTN 5TH FLOOR<br>BLOOMINGTON, IL  61702-2328 | 23,124.09<br>3.00% INT | 0.00<br>ACCT: 9979<br>COMM: | SECURED |
| TARGET NATIONAL BANK<br>PO BOX 660170<br>DALLAS, TX  66017 | 0.00 | 0.00<br>ACCT:<br>COMM: | UNSECURED REGULAR<br>Not filed |

I herein certify that a copy of this notice was served upon the Debtors, the Debtors attorney of record, and all creditors affected by this Motion on this date by regular U.S. Mail postage prepaid, at their addresses as appear in the records hereof.

Date: 11/14/2016 /S/ E. EUGENE HASTINGS
E. EUGENE HASTINGS, TRUSTEE